MICHAEL WOLCHANSKY
Homeless Action Center
1432 Franklin Street
P: (510) 836-3260 x323
F: (510) 836-7690
E: mwolchansky@homelessactioncenter.org
State Bar Number: CA 244759

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NICOLE S BLOCK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>　　　　Defendant. | ) CIVIL NO. 4:16-cv-02381-KAW<br>)<br>) JOINT STIPULATION AND ~~PROPOSED~~<br>) ORDER FOR AN EXTENSION OF TIME<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time for responding to Defendant's Answer be extended from November 11, 2016 to January 11, 2017.  This is Plaintiff's first request for an extension of time. Plaintiff requires this extension due to his attorney's heavy case load through October, November and December 2016.  The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

　　　　The parties stipulate in good faith, with no intent to prolong proceedings unduly.

|   |   |
|---|---|
|   | Respectfully Submitted, |
| Dated: November 2, 2016 | By: /s/Michael Wolchansky<br>MICHAEL WOLCHANSKY<br>Attorney for Plaintiff |
| Dated: November 2, 2016 | By: /s/Adam Lazar<br>ADAM LAZAR<br>(as authorized via email on November 2, 2016)<br>Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated: 11/3/16                              _____
                                                         HONORABLE KANDIS A. WESTMORE
                                                         United State Magistrate Judge