```
MICHAEL WOLCHANSKY
Homeless Action Center
1432 Franklin Street
P: (510) 836-3260 x323
F: (510) 836-7690
E: mwolchansky@homelessactioncenter.org
State Bar Number: CA 244759
```

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NICOLE S BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>　　　　Defendant. | CIVIL NO. 4:16-cv-02381-KAW<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time for responding to Defendant's Answer be extended from January 11, 2017 to March 13, 2017.  This is Plaintiff's second request for an extension of time. Plaintiff requires this extension because Plaintiff wishes to discontinue representation by the Homeless Action Center and seek alternative legal counsel.  This extension is requested to enable Ms. Block time to find other representation.

　　　The parties further stipulate that all subsequent deadlines set forth in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully Submitted,

Dated: January 4, 2017                By: /s/Michael Wolchansky
                                      MICHAEL WOLCHANSKY
                                      Attorney for Plaintiff

Dated: January 4, 2017                By: /s/Adam Lazar
                                      ADAM LAZAR
                                      (as authorized via email on January 4, 2017)
                                      Attorney for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: 1/11/17                        _____
                                      HONORABLE KANDIS A. WESTMORE
                                      United State Magistrate Judge