BRIAN STRETCH
United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
ADAM LAZAR, CSBN 237485
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-268-5601
    Fax: 415-744-0134
    Adam.Lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BLOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 4:16-cv-02381-KAW<br><br>**JOINT STUPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, originally due on June 6, 2017, by 14 days, through and including Tuesday, June 20, 2017. This is the Commissioner's second request for an extension of time in this matter.

An extension of time is needed due to the exceptionally complex nature of the administrative decision in this case, which involved a combination of medically-equaling multiple disability listings, a finding of drug and alcohol abuse (DAA) precluding an earlier finding of disability, and a partial award of benefits. This exceptional combination of multiple

Stipulation for Extension of Time; 4:16-cv-02381-KAW 1

listings, a DAA finding, and a partial award of benefits, necessitates additional review and analysis by the agency and the undersigned, resulting in the request for a second brief extension of time. This request is made in good faith with no intention to unduly delay the proceedings. Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on June 2, 2017.

Respectfully submitted this 5th day of June, 2017.

BRIAN STRETCH
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX

By  /s/ *Adam Lazar*
ADAM LAZAR
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Date: 6/6/17    By: _____
THE HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE