MICHAEL WOLCHANSKY, CSBN: 244759
Staff Attorney
Homeless Action Center
1432 Franklin Street
Telephone: (510) 836-3260 x323
Facsimile: (510) 836-7690
E-Mail: MWolchansky@homelessactioncenter.org

Attorney for Plaintiff

Adam Lazar
Assistant Regional Counsel
Office of General Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Ph.: 415-268-5601
Email: Adam.Lazar@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE S. BLOCK,<br><br>　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br><br>Acting Commissioner of Social Security,[1]<br><br>　　　Defendant. | CIVIL NO. 4:16-CV-2381-KAW<br><br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of SIX

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Action, 42 U.S.C. §405(g)."

THOUSAND EIGHT HUNDRED DOLLARS ($6,800.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of six thousand eight hundred dollars ($6,800.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Ms. Block, attached.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

//
//
//
//
//
//
//
//

STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND PROPOSED ORDER
4:16-cv-02381-KAW
3

Dated: December 20, 2017

/s/ *Michael Wolchansky*
MICHAEL WOLCHANSKY
Attorney for Plaintiff

*/s/Adam Lazar*
ADAM LAZAR
* by email authorization 12/20/17
Attorney for Defendant

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of six thousand eight hundred dollars and zero cents ($6,800.00), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation. |

Dated: 1/4/18

*/s/ Kandis Westmore*
THE HONORABLE KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA